

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00218-CR

Bruno **CARMONA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR11004
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to delete the requirement that appellant Bruno Carmona pay the costs of court-appointed counsel, assessed at $850.00 as reflected in the Bexar County District Clerk's bill of cost. The trial court's judgment is AFFIRMED AS MODIFIED.

The Bexar County District Clerk, Donna Kay McKinney, is ORDERED to delete the $850.00 in attorney's fees from the bill of costs in this case, and to prepare and certify a corrected bill of costs.

SIGNED October 8, 2014.

_____
Luz Elena D. Chapa, Justice